IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN THE MATTER OF | ) | CIV. NO. 11-00753 SOM |
| | ) | |
| EARLE A. PARTINGTON | ) | ORDER DENYING REQUEST TO END STAY |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER DENYING REQUEST TO END STAY**

      This case, which concerns the membership of Earle A. Partington in this court's bar, has been stayed pending the resolution of disciplinary proceedings against Mr. Partington in other jurisdictions. Mr. Partington now moves for a dissolution of this court's stay and asks this court to rule on whether he should be disciplined by this court.

      It is the court's understanding that the only remaining disciplinary proceeding outside of Hawaii is in California. This court sees no reason to change the status of this case while the California matter remains pending. Mr. Partington has not, for example, identified any client he would like to represent in this court before the conclusion of the California matter. To the contrary, Mr. Partington has written a letter to this court indicating that the reason he is now asking for a quick resolution of this case is so that he may cite in the California proceedings what he assumes will be a decision by this court that will be favorable to him. Without opining on what it will ultimately rule on the merits of this case, this court does not

view the materials submitted as providing a basis for changing the way this court has handled this case to date.

The stay remains in effect.  Mr. Partington is directed to notify this court in writing of the final disposition of the California proceeding.  That notification should be filed within 14 days of Mr. Partington's receipt of that final disposition.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, January 25, 2017.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge


/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge


/s/ Kevin S. C. Chang
Kevin S. C. Chang
United States Magistrate Judge


IN THE MATTER OF EARLE A. PARTINGTON, CIV. NO. 11-00753 SOM
ORDER DENYING REQUEST TO END STAY