IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN THE MATTER OF | ) | CIVIL NO. 11-00753 SOM |
| | ) | |
| EARLE A. PARTINGTON | ) | **ORDER REQUESTING** |
| | ) | **SUPPLEMENTATION OF RECORD** |
| _____ | ) | |

**ORDER REQUESTING SUPPLEMENTATION OF RECORD**

Relying on materials in the record and on legal research, this court has before it a number of orders relating to the conduct at issue in this case. Specifically, this court has the following:

(1) the Administrative Record from the case *Partington v. Houck et al.*, Civ. No. 10-01962, including, but not limited to:

a. the Action Memo issued by the Assistant Judge Advocate General for Civil Law on April 5, 2010;

b. the Indefinite Suspension Letter by James W. Houck, Vice Admiral for the Office of the Judge Advocate General, Department of the Navy, issued on May 17, 2010;

c. the Suspension and Show Cause Order issued by the Court of Appeals for the Armed Forces on June 10, 2010;

d. the Order of Suspension issued by the Court of Appeals for the Armed Forces on October 26, 2010; and

e. the Order Denying Petition for Reconsideration issued by the Court of Appeals for the Armed Forces on December 10, 2010;

(2) the Memorandum-Decision and Order issued by the United States District Court for the District of Columbia on January 10, 2012, available at *Partington v. Houck et al.*, Civ. No. 10-01962, 840 F. Supp. 2d 236 (2012);

(3) the Opinion affirming the decision of the United States District Court for the District of Columbia, issued by the United States Court of Appeals for the District of Columbia Circuit on July 23, 2013, available at *Partington v. Houck et al.*, No. 12-5038, 723 F.3d 280 (D.C. Cir. 2013), *rehearing en banc denied* August 14, 2013;

(4) the Opinion denying the petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit, issued by the Supreme Court of the United States on April 20, 2015, available at *Partington v. Houck et al.*, No. 14-1022, 135 S.Ct. 1854 (2015) (memorandum opinion);

(5) the "Text Order" denying the motion to declare the United States Court of Appeals for the District of Columbia Circuit's decision void for lack of subject matter jurisdiction issued by the United States District Court for the District of Columbia on March 14, 2014;

(6)  the Order issued by the United States Court of Appeals for

     the District of Columbia Circuit on October 3, 2014,

     available at *Partington v. Houck et al.*, No. 14-5071, 2014

     WL 5131658 (D.C. Cir. Oct. 3, 2014) (per curiam), *rehearing*

     *en banc denied* December 8, 2014.

(7)  the Order issued by the District of Columbia Court of

     Appeals on June 7, 2012, available at *In re Earle A.*

     *Partington*, No. 12-BG-175, 45 A.3d 161 (2012) (per curiam);

(8)  the Order of Suspension issued by the Supreme Court of

     Hawaii on November 9, 2011, available at *Office of*

     *Disciplinary Counsel v. Partington*, No. SCAD-11-0000162,

     2011 WL 5517313 (2011), *as corrected* December 8, 2011;

(9)  the Order Denying Motion to Vacate Suspension issued by the

     Supreme Court of Hawaii on February 9, 2012, available at

     *Office of Disciplinary Counsel v. Partington*, No. SCAD-11-

     0000162, 2012 WL 432245 (2012);

(10) the Order Denying Motion for Reconsideration issued by the

     Supreme Court of Hawaii on February 16, 2012, available at

     *Office of Disciplinary Counsel v. Partington*, No. SCAD-11-

     0000162, 2012 WL 521103 (2012);

(11) the Order of reinstatement issued by the Supreme Court of

     Hawaii on February 29, 2012, available at *Office of*

     *Disciplinary Counsel v. Partington*, No. SCAD-11-0000162,

     2012 WL 681227 (2012);

(12)  the Order Denying Motion as Moot issued by the Supreme

Court of Hawaii on March 13, 2012, available at *Office of*

*Disciplinary Counsel v. Partington*, No. SCAD-11-0000162,

2012 WL 899218 (2012);

(13)  the Order Denying Motion, which related to a request to

vacate the court's 2011 notice and order of reciprocal

discipline, issued by the Supreme Court of Hawaii on

September 1, 2015, available at *Office of Disciplinary*

*Counsel v. Partington*, No. SCAD-11-0000162, 2015 WL 5178687

(2015);

(14)  the Decision issued by the State Bar Court of California,

Hearing Department-San Francisco, on January 13, 2016;

(15)  the Opinion affirming the State Bar Court of California's

Decision, issued by the Review Department of the State Bar

Court of California on December 7, 2016, available at *In re*

*Earle Arthur Partington*, No. 12-J-10617, 2016 WL 8737404

(2016);

(16)  the en banc decision denying the petition for review issued

by the Supreme Court of California on April 12, 2017; and

(17)  the bar hearing record relating to the proceedings in the

State Bar Court of California.

This court requests that any other orders from outside

this district relating to the same conduct be filed in the

record by 4:00 p.m. on Friday, May 12, 2017.  For example, the

court has seen references to an order of suspension issued by the Oregon Supreme Court on October 17, 2013 (Case # S060387), and to a disciplinary action in the United States District Court for the District of Oregon (Case # 3:14-ad-00097). The court has also seen a reference to correspondence sent to the Disciplinary Committee of the Commonwealth of the Northern Mariana Islands Bar Association but has no source material relating to any disciplinary proceedings in that jurisdiction.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, May 10, 2017.



/s/ J. Michael Seabright

J. Michael Seabright
Chief United States District Judge

/s/ Susan Oki Mollway

Susan Oki Mollway
United States District Judge

/s/ Kevin S.C. Chang

Kevin S.C. Chang
United States Magistrate Judge

*In the Matter of Earle A. Partington*, Civ. No. 11-00753 SOM, Order Requesting Supplementation of Record.